**U.S. Department of Justice**

NOV 2 7 2007

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

November 26, 2007

**BY HAND DELIVERY**

The Honorable Douglas F. Eaton
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1360
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

Re: Johnson v. Killian, et al. 07-CIV-6641 (LTS)(DFE)

Dear Judge Eaton:

      This Office represents the defendants, the Warden and the Chaplain of the Federal Correctional Institution in Otisville, New York, in the above-referenced civil action. As the Court is aware, in light of plaintiff's transfer to a different Bureau of Prisons facility, the parties have been endeavoring, with the assistance of Your Honor's chambers, to determine whether this matter can be resolved consensually.

      Assuming *arguendo* that the defendants have properly been served, their response to the Complaint in this action would be due on November 26, 2007. I respectfully request that the defendants' time to respond be extended by 45 days to January 15, 2008 — so as to permit the parties to continue their efforts to seek a consensual resolution of this litigation. This is the Government's first request for an extension. As no scheduling order has been entered in this action, granting this request for an extension will not have an effect on other dates. Because plaintiff is an inmate and is proceeding *pro se*, the Government has not sought his consent for this extension.

      We thank the Court for its consideration of this request.

**MEMO ENDORSED**

11/27/07 - I grant this request!
Douglas F. Eaton

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LI YU
Assistant United States Attorney
Telephone: (212)637-2734
Facsimile: (212)637-2686

**MEMO ENDORSED**

cc: Mr. Neil Johnson (By First-Class Mail)
Federal Correctional Institution–Elkton,
PO Box 10
Lisbon, OH 44432

COPIES MAILED TO COUNSEL OF RECORD 11/27/07