

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, Third Floor
New York, New York 10007

September 12, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/08
```

**BY HAND DELIVERY**

Hon. Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

Re: *Johnson, et al. v. Killian, et al.*, 07 Civ. 6641 (LTS)(DFE)

Dear Judge Swain:

This Office represents Warden J. Killian, a Federal Bureau of Prisons ("BOP") employee and the Warden of the Federal Correctional Institution at Otisville, New York ("FCI-Otisville), Rabbi Laskin, the Chaplain at FCI-Otisville, and Ms. D. Wynkoop, a case manager at FCI-Otisville (collectively, the "Defendants") in the above-referenced action. I write respectfully in response to plaintiff Neil Johnson's "Notice of Motion" dated September 7, 2008, seeking an enlargement of the time for plaintiffs to respond to the Defendants' motion for summary judgment from September 19 to October 15, 2008. The Defendants do not oppose Mr. Johnson's request for additional time. In that regard, I respectfully request that the deadline for Defendants to submit their reply be correspondingly extended from September 29 to October 25, 2008.

I thank the Court for its consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Li Yu
LI YU
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel: (212) 637-2734
Fax: (212) 637-2686

cc: Neil Johnson (By First-Class Mail)
11679-014
FCI-Elkton

*Handwritten note:* 9/15/08 – Mr. Johnson and the other plaintiffs must serve and file any opposition to the summary judgment motion by October 15, 2008. The defendants must serve and file any reply papers by October 25, 2008. The motion will then be ready for decision by Judge Swain, who has asked me to approve this schedule. /s/ Douglas F. Eaton

P.O. Box 10
Lisbon, Ohio 44432

Kevin Washington (<u>By First-Class Mail</u>)
10886-007
FCI-Otisville
P.O. Box 1000
Otisville, New York 10963

Kasey Harge (<u>By Federal Express</u>)
1445 St. Marks # 5,
Brooklyn, New York 11233